## 36884. BROOKS v. BRAZIEL.

UNDERCOFLER, Justice.

This is a cross-appeal to an expedited election contest decided on October 7, 1980. *Braziel v. Brooks,* 246 Ga. 530 (272 SE2d 73) (1980). Since the general election has already taken place, this appeal must be dismissed as moot.

*Appeal dismissed. All the Justices concur. Gregory, J., not participating.*

DECIDED JANUARY 15, 1981.

*Karsman, Brooks, Painter & Callaway, Stanley Karsman,* for appellant.

*C. James McCallar, Jr., Owen J. Mullininx, David B. Poythress,* for appellee.